## Catherine Field, Appellee, v. Henry Frank, Appellant.

### Gen. No. 23,186. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918.

### Statement of the Case.

Action by Catherine Field, plaintiff, against Henry Frank, defendant, to recover for services rendered. From a judgment for plaintiff for $300, defendant appeals.

GUY M. WALKER, for appellant.

EDWARD J. GREEN, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 84*—*when evidence sustains verdict for services.* In an action to recover for services rendered, evidence examined and *held* sufficient to support a verdict for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.